450 A.2d 1065

Commonwealth v. Jackson, Appellant.

Petition for Allowance of Appeal
Denied Dec. 28, 1982.

Submitted June 29, 1979. John W. Packel, Chief, Appeals Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and STRANAHAN, JJ.*

The judgment of sentence of the lower court is affirmed.